IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NUMBER: 16-62512-WLH |
| LOUIS BLACK & KATHY BLACK | * | |
| | * | CHAPTER 7 |
| Debtors. | * | |
| | * | |
| | * | |
| LOUIS BLACK & KATHY BLACK | * | |
| | * | |
| Plaintiffs, | * | ADVERSARY PROCEEDING |
| | * | CASE NO.: |
| v. | * | |
| | * | |
| UNITED STATES INTERNAL | * | |
| REVENUE SERVICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF TAX DEBT

COME NOW Debtors-Plaintiffs herein, by and through their attorney of record, J Thomas Salata, and file this Complaint to Determine the Dischargeability of Tax Debt of the United States Internal Revenue Service (the "IRS") and in support thereof, shows as follows:

1.

This adversary proceeding constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(A), (I), and (O).

2.

This Court has jurisdiction of this action under 28 U.S.C. § 1334.

3.

The Debtors filed their petition for relief under Chapter 7, Title 11, United States Code (the "Bankruptcy Code"), on July 20, 2016 (the "Petition Date"). The Debtor and the IRS are subject to the jurisdiction of this Court.

4.

The IRS asserts a claim against Debtors for 1040 income taxes (the "IRS Claim"), for the tax years such claims having been assessed more than two hundred a forty (240) days pre- petition and returns having been timely filed three (3) years pre-petition:

a. Form Number 1040, tax year ending 12/31/2002;
b. Form Number 1040, tax year ending 12/31/2003;
c. Form Number 1040, tax year ending 12/31/2004;
c. Form Number 1040, tax year ending 12/31/2005;
d. Form Number 1040, tax year ending 12/31/2006;
e. Form Number 1040, tax year ending 12/31/2008.

5.

This is an action under 11 U.S.C. § 523(a)(1) for a determination that the IRS Claim as stated above is not excepted from discharge.

6.

The IRS Claim is not a priority claim under Section 507(a)(3) or Section 507(a)(8) of the Bankruptcy Code.

WHEREFORE, Plaintiffs-Debtors pray that this Court enter a judgment in favor of the Debtors adjudicating that the IRS Claim is not excepted from discharge and for such other relief as the Court deems just and proper.

Respectfully submitted this 17th day of October, 2016.

Salata & Reese, LLP

/s/ J Thomas Salata
J Thomas Salata
Georgia Bar No. 621991

2500 Northwinds Pkwy., Ste. 330
Alpharetta, Georgia 30009
Telephone: (770) 408-7004
Facsimile: (678 240-2500
tsalata@salatareese.com
*Attorney for Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NUMBER: 16-62512-WLH |
| LOUIS BLACK & KATHY BLACK | * | |
| | * | CHAPTER 7 |
| Debtors. | * | |
| | * | |
| | * | |
| LOUIS BLACK & KATHY BLACK | * | |
| | * | |
| Plaintiffs, | * | ADVERSARY PROCEEDING |
| | * | CASE NO.: |
| v. | * | |
| | * | |
| UNITED STATES INTERNAL REVENUE SERVICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## CERTIFICATE OF SERVICE

I, J Thomas Salata hereby certify under penalty of perjury that I am of the age of eighteen (18) years of age and that I have this day served the following by depositing a true and correct copy of the Summons and Complaint to Determine Dischargeability of a Debt in the U.S. mail with adequate postage affixed thereto and addressed as follows:

Office of the U.S. Trustee
362 Richard Russell Building
75 spring Street, S.W.
Atlanta, GA 30308

Internal Revenue Service
Involvency Unit
401 W. Peachtree St., Stop 334-D, Rm 400
Atlanta, GA 30308

U.S. Attorney – Civil Process Clerk
Northern District of Georgia
Richard B. Russell Building
75 Spring Street, S.W., Suite 700
Atlanta, GA 30303

Attorney General
United States of America
Main Justice Building
10th and Constitution Avenue, N.W.
Washington, D.C. 20530

United State Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

U.S. Department of Justice
Civil Trial Section – Southern Region
555 4th Street, N.W., Rm. 6243
Washington, D.C. 20001-2733

Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

    Respectfully submitted this 17th day of October, 2016.

        Salata & Reese, LLP

        /s/ J Thomas Salata
        J Thomas Salata
        Georgia Bar No. 621991

2500 Northwinds Pkwy., Ste. 330
Alpharetta, Georgia 30009
Telephone: (770) 408-7004
Facsimile: (678 240-2500
tsalata@salatareese.com
*Attorney for Debtors*